# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Global Generation Group, LLC;
and Benchmark Capital, LLC,

           Plaintiffs,

v.

Frank Mazzola; Emilio DiSanluciano; FB Management Associates II, LLC; Pipio Management Associates, LLC; Felix Venture Partners Qwiki Management Associates, LLC; Facie Libre Management Associates, LLC; FMOF Management Associates, LLC,

           Defendants.

_____/

Case No. 13-cv-14979
Hon. Judith E. Levy
Mag. Judge Michael J. Hluchaniuk

## **JUDGMENT**

For the reasons stated in the order entered on June 26, 2014, it is ordered and adjudged that the case is dismissed without prejudice.

           DAVID J. WEAVER
           CLERK OF THE COURT

      By:  s/Felicia M. Moses
           DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE

Dated: July 7, 2014